MICHAEL H. CANDIOTTI, St. Bar #105345
18075 Ventura Boulevard
Suite 104
Encino, California 91316
**Tel. (818) 345-5120**
**Fax (818) 881-8624**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MICHAEL J. YANG,<br><br><br><br>                    Debtor(s). | Case No. SV08-18588<br><br>   (Chapter 7)<br><br>AMENDMENT TO CORRECT<br>SOCIAL SECURITY NUMBER |

    Debtor hereby amends his Voluntary Petition for the purpose of correcting the last four digits of his Social Security Number.

The last four digits of debtor's Social Security Number are:

                            7504


                    Declaration of Debtor(s)

    I, Michael J. Yang, hereby declare under penalty of perjury under the laws of the State of California that this Amendment to Correct Social Security Number Schedule is true and correct.

DATED: 11-23-08                 _____
                                 MICHAEL J. YANG

**ORIGINAL**

1

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) SS.
County of Los Angeles    )

    I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party of the within action; my business address is 18075 Ventura Boulevard, Suite 117, Encino, California 91316.

    I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

    November 24, 2008, I served the foregoing document described as:

AMENDMENT TO CORRECT
SOCIAL SECURITY NUMBER

    Upon the interested parties in this action:

    (X)    By placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Encino, California, addressed as follows:

David Seror, Chapter 7 Trustee
2029 Century Park East, 21st Floor
Los Angeles, CA 90067

and see attached service list

    I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this declaration is executed on November 24, 2008.

*Michael Candiotti* (signature)
**Michael H. Candiotti**

Ace Express Cash
14526 Sherman Way
Van Nuys, CA 91405

Ad Astra Recovery Svc
3611 Ridge Rd., #104
Wichita, KS 67205

AFNI Inc.
POB 3427
Bloomington, IL 61702

Alliant Credit Union
11545 W Touhy Ave.
Chicago, IL 60666

Aum
4957
Hinsdale, IL 60522

Bank of America
7060 Sepulveda Blvd.
Van Nuys, CA 91405

Brookhill Property Management
c/o Allen R. King, Esq.
1101 Crenshaw Blvd., Suite 203
Los Angeles, CA 90019

Capital One
POB 30285
Salt Lake City, UT 84130

Capital One Auto Finance
POB 3901
Plano, TX 75093

Cash Plus
9339 Foothill Blvd
Rancho Cucamonga, CA 91730

Cavalry Investment Svcs
c/o Winn Law Group, APC
110 E. Wilshire Ave, #212
Fullerton, CA 92832

CMRE Financial Svcs
3075 E Imperial Hwy, #200
Brea, CA 92821

Collection Company of
700 Longwater Dr.
Norwell, MA 02061

Diane Kwon
4499 Via Marisol
Los Angeles, CA 90042

Drive Financial
8585 N Stemmons Fwy Ste
Dallas, TX 75247

Fidelity Creditor Svc
216 Louise St.
Glendale, CA 91206

First Bank of Delaware
POB 11743
Wilmington, DE 19850

First Revenue Assurance
200 Fillmore S., #300
Denver, CO 80206

Gess & Associates
POB 3437
Winnetka, CA 91396

Golden State Credit Svc
280 N Benson Ave., #6
Upland, CA 91786

IC System Inc
POB 64378
Saint Paul, MN 55164

Internal Revenue Service
Spec Proc F, Rm 4062, M/S 5117
300 N Los Angeles St.
Los Angeles, CA 90012

Mark Stephen McDonnell
4350 Boca Bay Dr.
Dallas, TX  75244

Medicredit
1801 California Ave
Corona, CA  92881

National Credit Adjuster
327 W 4th Ave.
Hutchinson, KS  675011

Nuvell
POB 2150
Greeley, CO  80632

Plains Commerce Bank
5109 S Broadband Ln
Sioux Falls, SD  57108

Professional Recover Sys
600 17th St, Ste 2600 S
Denver, CO  80202

RJM Acquisitions LLC
PO Box 18006
Hauppauge, NY  11788

Sally Choi
Sunset Total Wedding
3548 W 8th St.
Los Angeles, CA  90005

Social Security Administration
6401 Security Blvd.
Baltimore, MD  21235

Speedy Cash
4915 Moreno St
Montclair, CA  91763

St. Regis Apartment
Riverstone Property Mgmt
15454 Sherman Way
Van Nuys, CA  914061

Tribute
6 Concourse Pkwy NE Fl 2
Atlanta, GA  30328

UHEAA
60 S 400 W
Salt Lake City, UT  84101

Vandenber, Chase
2870 Peachtree Rd. NW, #492
Atlanta, GA  30305

Verizon Wireless
POB 1850
Folsom, CA  95763

VW Credit
POB 3
Hillsboro, OR  97123

Wells Fargo Bank
POB 5058  MAC P6053-021
Portland, OR  97208

West Asset Mgmt, Inc
POB 105761
Atlanta, GA  30348

| Michael H. Candiotti<br>Michael H. Candiotti, Esq<br>18075 Ventura Blvd., #117<br>Encino, CA 91316<br>(818) 345-5120    105345<br>☒ Attorney for: MICHAEL J. YANG | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: MICHAEL J. YANG<br><br>Debtor(s). | CASE NO.: SV08-18588 GM<br>CHAPTER: 7<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☐ Petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☒ Other: Amendment to Correct Social Security Number, electronic filing declaration    Date Filed: 12/2/2008

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

/s/    12/2/2008
Signature of Signing Party    Date

MICHAEL J. YANG
Printed Name of Signing Party

_____    12/2/2008
Signature of Joint Debtor (if applicable)    Date

_____
Printed Name of Joint Debtor (if applicable)

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

/s/ Michael H. Candiotti    12/2/2008
Signature of Attorney for Signing Party    Date

Michael H. Candiotti
Printed Name of Attorney for Signing Party

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
November 2006